UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT M. HARRIS,<br><br>　　　　Defendant. | Case No. 07-cv-40006-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion for appointment of counsel and for a reduction in sentence (Doc. 494) filed by defendant Robert M. Harris. Harris filed this motion *pro se* although he is represented by Assistant Federal Public Defender Melissa Day in the matter of a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2). A defendant does not have a right to file his own motions when he is represented by counsel. *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (*per curiam*). The Court may strike as improper any such *pro se* motions. *See, e.g., United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998). The Court hereby **ORDERS** that the motion be stricken (Doc. 494) be **STRICKEN**. The Court encourages counsel to contact Harris regarding the status of his reduction request.

**IT IS SO ORDERED.**
**DATED: November 25, 2013**

　　　　　　　　　　　　　　　　　　　　s/ J. Phil Gilbert
　　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**