UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT M. HARRIS,<br><br>    Defendant. | Case No. 07-cv-40006-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court for administrative purposes.  The Court has received $750.00 from the Western District of Tennessee for defendant Robert M. Harris.  Ordinarily, the Court would apply this money to any moneys owed by the defendant, but Harris has paid all his outstanding assessments.  The Court therefore **ORDERS** the Clerk of Court to transfer the $750.00 to the unclaimed fund for safekeeping until such time as a legitimate claim for the money is made.

**IT IS SO ORDERED.**
**DATED:  August 8, 2014**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**